AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 22, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| MICHAEL E. CHAMBERS | ) |
| *Petitioner* | ) |
| v. | ) |
| | ) |
| | ) |
| RON HAYNES | ) |
| *Respondent* | |

Civil Action No.   2:25-CV-00065-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Pursuant to the Order filed at ECF No.15, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, ECF No. 1, is DENIED.
Judgment in favor of Respondent.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   MARY K. DIMKE _____ on a motion for

Date:   7/21/2026 _____

CLERK OF COURT

SEAN F. McAVOY

_____

*(By) Deputy Clerk*